THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Glenn Froehlich and Aqua Arts LLC, as Owner of the Vessel AMY ADAK, Hull Identification No. CAH31042M73J, for Exoneration from and/or Limitation of Liability, | IN ADMIRALTY<br><br>Case No.: 2:24-CV-1917<br><br>**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

THIS MATTER has come before the COURT on the Stipulated Motion for Withdrawal and Substitution of Counsel. The Court has reviewed the court file and pleadings submitted, including:

1. The Stipulated Motion for Withdrawal and Substitution of Counsel; and

2. The Declaration of Colin R. Crug.

Being fully advised on the issues, the Court FINDS and ORDERS the following:

1. The withdrawal of Mary Butler, Daniel Park and Bullivant Houser Bailey PC as counsel for Plaintiff-in-limitation Glenn Froehlich and Aqua Arts LLC is GRANTED;

2.     Pending confirmation of properly filed Notice of Appearance, substitution of the new firm as Plaintiff-in-limitation's counsel, Jonathan Thames and Colin Crug, of Kennedys CMK LLP is GRANTED;

3.     Service of future documents or pleadings in this case shall be made to Kennedys CMK LLP, according to the Civil Rules and the following contact information:

    a.     Jonathan Thames
        Colin Crug
        455 Market Street
        Suite 1900
        San Francisco, CA 94105
        e: Jonathan.Thames@kennedyslaw.com
           Colin.Crug@kennedyslaw.com
        p: 415.323.4464

DATED this 23rd day of April, 2025

_____
Honorable Robert S. Lasnik
United Stated District Judge